432 A.2d 249

Commonwealth v. Scott, Appellant.

Argued June 9, 1980. R. Merle Heffner, for appellant; Stewart L. Kurtz, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

432 A.2d 249

Cussler, Appellant v. Cussler.

Argued September 11, 1980. Rosemary Markham, for appellant; John H. Scott, Jr., for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.